**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 25, 2009**

*Randolph J. Haines*
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

1  Jeremy T. Bergstrom, Esq.
   Arizona Bar No. 19399

2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250

3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955

4  File No. 09-91034

5  Attorneys for Secured Creditor,
   DOWNEY SAVINGS & LOAN ASSOCIATION

6

7                    UNITED STATES BANKRUPTCY COURT

8                     FOR THE DISTRICT OF ARIZONA

9  In re:                                    Chapter 7

10 DARRYN CHRISTOPHER ROZAS AND              Case No.: 2:09-bk-01640-RJH
   SHANNON MARIE ROZAS,

11
                 Debtors.
12  _____

   DOWNEY SAVINGS & LOAN
13  ASSOCIATION,

14               Movant,

15               vs.

16 DARRYN CHRISTOPHER ROZAS AND
   SHANNON MARIE ROZAS, Debtors; DALE
17 D. ULRICH, Trustee,

18               Respondents.

19

20              **ORDER TERMINATING THE AUTOMATIC STAY**

21      The Motion for Relief having been properly served, with no opposition filed herein, the

   Court makes its Order as follows:
22

23      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

   the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured
24

   Creditor, DOWNEY SAVINGS & LOAN ASSOCIATION, its assignees and/or successors in

                                    1



1  interest with respect to the subject Property generally described as 1526 South Blossom Circle,

2  Mesa, AZ  85206 ("Property" herein) and legally described as follows:

3      LOT 114, OF STONEGATE ESTATES, ACCORDING TO THE PLAT OF
       RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA
4      COUNTY, ARIZONA, RECORDED IN BOOK 434 OF MAPS, PAGE 8

5  .

6      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be

7  binding in any conversion of the subject bankruptcy proceeding.

8      IT IS SO ORDERED this _____ day of _____, 2009.

9

10     _____
       UNITED STATES BANKRUPTCY JUDGE

11

   Submitted by:

12

13

   DATED:  March 24, 2009                    By:  /s/ Jeremy T. Bergstrom, Esq.
14                                           Jeremy T. Bergstrom, Esq.
                                             Attorney for Secured Creditor
15                                           DOWNEY SAVINGS & LOAN ASSOCIATION

16
   **(09-91034/azots.dot/mlb)**
17

18

19

20

21

22

23

24